

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00027-CR

Linda **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9653
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 16, 2015.

_____
Patricia O. Alvarez, Justice